Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–13370–SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bergen Plaza Fairview, LLC
   fka Bergen Plaza, LLC
   501–503 Fairview Avenue
   Fairview, NJ 07022

Social Security No.:

Employer's Tax I.D. No.:
   26–0302612

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

     Summary of Assets and Liabilities for Non–Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non–Individuals, Attorney Disclosure Statement, 20 Largest Unsecured Creditors, Balance Sheet, Tax Return, Cash Flow Statement, Statement of Operations, Schedules E/F,G,H,.

2. This case will be dismissed on March 8, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

     U.S. Bankruptcy Court
     MLK Jr Federal Building
     50 Walnut Street
     Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before March 8, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: February 24, 2017
JAN: rh

                                                 Jeanne Naughton
                                                 Clerk

If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors. Payment must be made in the form of a certified check, money order or attorney's check.