# Hellring Lindeman Goldstein & Siegal LLP
## COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
MICHAEL EDELSON
MARGARET DEE HELLRING △
CHARLES ORANSKY △
RICHARD B. HONIG △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
PATRICIA A. STAIANO
RICHARD K. COPLON △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
CHRISTY L. SAALFELD △
CORINNE B. MALONEY △

△ NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020 | F: +1.973.621.7406

www.hlgslaw.com

JONATHAN L. GOLDSTEIN △ +
SPECIAL COUNSEL

JUDAH I. ELSTEIN △
JOHN A. ADLER △
DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

March 25, 2019

By ECF

Honorable Stacey L. Meisel
Judge, U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

Re:  Bergen Plaza Fairview, LLC
     Case #17-13370 SLM
     -----------------------
     Alexander Dingertopadre v.
     Bergen Plaza Fairview, LLC
     Adv. Pro. #18-01104 SLM

Dear Judge Meisel:

We are counsel to secured creditor Alexander Dingertopadre in the above captioned matters.

Please accept this letter in support of the Debtor's motion (document no. 111) to approve a global settlement between the Debtor and Mr. Dingertopadre subject to payment in the amount of $1,700,000.00 to Mr. Dingertopadre. The settlement also provides for dismissal with prejudice of all pending adversary proceedings.

**Hellring Lindeman Goldstein & Siegal LLP**

Honorable Stacey L. Meisel        - 2 -        March 25, 2019

Counsel for the Debtor and I will appear on the return date on April 2, 209 to move the settlement before the Court and seek entry of the form of Order filed with the Debtor's motion.

Respectfully yours,

Richard B. Honig

RBH:bmj

cc:     Andrew J. Kelly, Esq. (By Email)
        Hon. Donald H. Steckroth (By Email)
        John L. Schettino, Esq. (By Email)
        Alexander Dingertopadre (By Email)

212279